THOMAS P. AGRESTI

**UNITED STATES BANKRUPTCY COURT**
WESTERN **DISTRICT OF** PENNSYLVANIA
PITTSBURGH **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| ZWIERZYNSKI, ROBERT L., | § | CASE NO. 10-27951 TPA |
| Debtor | § | |
| | § | |
| ROBERT SHEARER, TRUSTEE, Trustee, | § | CHAPTER 7 |
| Movant | § | |
| | § | DOCUMENT NO. |
| V | § | |
| | § | |
| NO RESPONDENT. | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/08/2010. The undersigned trustee was appointed on 12/18/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      59,764.09

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 37,146.13 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

|  |  |  |
|---|---|---|
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 22,617.96 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/22/2015 and the deadline for filing governmental claims was 07/22/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,238.20 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,650.00 , for a total compensation of $ 3,650.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 116.38 , for total expenses of $ 116.38 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/09/2015                By: /s/ROBERT SHEARER, TRUSTEE
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-27951 | TPA | Judge: THOMAS P. AGRESTI | Trustee Name: | ROBERT SHEARER, TRUSTEE |
| Case Name: | ZWIERZYNSKI, ROBERT L. | | | Date Filed (f) or Converted (c): | 11/08/10 (f) |
| | | | | 341(a) Meeting Date: | 12/20/10 |
| For Period Ending: | 12/09/15 | | | Claims Bar Date: | 07/22/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. A & S CREDIT UNION CHECKING ACCOUNT | 500.00 | 0.00 | | 0.00 | FA |
| A & S Credit Union Checking Account | | | | | |
| 2. A & S CREDIT UNION SAVINGS ACCOUNT | 500.00 | 0.00 | | 0.00 | FA |
| A & S Credit Union Savings Account | | | | | |
| 3. COUCH, TV'S, TABLES, CHARIS, COMPUTER, APPLIANCES, | 2,000.00 | 0.00 | | 0.00 | FA |
| Couch, TV's, Tables, Charis, Computer, Appliances, Beds, Dressers, Linens | | | | | |
| 4. CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| Clothing | | | | | |
| 5. WEDDING RING, WATCH, MISC. JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| Wedding Ring, Watch, Misc. Jewelry | | | | | |
| 6. .22 RIFLE AND A 12 GAUGE MOSSBERG SHOTGUN | 300.00 | 0.00 | | 0.00 | FA |
| .22 RIfle and a 12 Gauge Mossberg Shotgun | | | | | |
| 7. 2 TERM LIFE INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 2 Term Life Insurance Policies | | | | | |
| 8. IRA | 242,806.02 | 0.00 | | 0.00 | FA |
| IRA | | | | | |
| 9. 1 SHARE OF PNC STOCK | 56.00 | 0.00 | | 0.00 | FA |
| 1 Share of PNC Stock | | | | | |
| 10. RSSI, LL (50%) | 0.00 | 0.00 | | 0.00 | FA |
| RSSI, LL (50%) | | | | | |
| 11. RSSI DRY TAVERN, LLC (50%) | 0.00 | 0.00 | | 0.00 | FA |
| RSSI Dry Tavern, LLC (50%) | | | | | |
| 12. RETAIL SOLUTIONS & SERVICES, INC. (50%) | 0.00 | 0.00 | | 0.00 | FA |
| Retail Solutions & Services, Inc. (50%) | | | | | |
| 13. RSSI HOMEWOOD, LLC (50%) | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-27951 TPA  Judge: THOMAS P. AGRESTI | Trustee Name: | ROBERT SHEARER, TRUSTEE |
|---|---|---|---|
| Case Name: | ZWIERZYNSKI, ROBERT L. | Date Filed (f) or Converted (c): | 11/08/10 (f) |
| | | 341(a) Meeting Date: | 12/20/10 |
| | | Claims Bar Date: | 07/22/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| RSSI Homewood, LLC (50%) | | | | | |
| 14. FORWARD DEVELOPMENT SERVICES, LLC (33 1/3%) | 0.00 | 0.00 | | 0.00 | FA |
| Forward Development Services, LLC (33 1/3%) | | | | | |
| 15. BOND | 500.00 | 0.00 | | 0.00 | FA |
| Bond | | | | | |
| 16. 2007 GMC TRUCK (JOINT WITH SON) | 16,000.00 | 0.00 | | 0.00 | FA |
| 2007 GMC Truck (joint with son) | | | | | |
| 17. 2007 PASSAT | 15,000.00 | 0.00 | | 0.00 | FA |
| 2007 Passat | | | | | |
| 18. 2003 JEEP | 8,000.00 | 0.00 | | 0.00 | FA |
| 2003 Jeep | | | | | |
| 19. 1999 PASSAT (JOINT WITH DAUGHTER) (u) | 1,250.00 | 0.00 | | 0.00 | FA |
| 1999 Passat (joint with daughter) originally unscheduled. amended to schedule at docket number 19 | | | | | |
| 20. COMPUTER, LAPTOP, ALL-IN-ONE PRINTER COPIER FAX | 150.00 | 0.00 | | 0.00 | FA |
| Computer, Laptop, all-in-one printer copier fax | | | | | |
| 21. ROUSSOS LITIGATION (u) | 0.00 | 25,000.00 | | 105,000.00 | FA |
| ALLEGHENY COURT OF COMMON PLEAS GD-05-12824 SETTLEMENT IN BANKRUPTCY COURT AT DOCKET NUMBER 85. | | | | | |
| 22. 344 RITTER ROAD, SEWICKLEY, PA 15143 | 250,000.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $537,662.02 | $25,000.00 | | $105,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-27951    TPA    Judge: THOMAS P. AGRESTI | Trustee Name: | ROBERT SHEARER, TRUSTEE |
| Case Name: | ZWIERZYNSKI, ROBERT L. | Date Filed (f) or Converted (c): | 11/08/10 (f) |
| | | 341(a) Meeting Date: | 12/20/10 |
| | | Claims Bar Date: | 07/22/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case reopened and trustee appointed.  Motion to Close and Reserve filed.

July 2014--case re-opened.  Status conference scheduled 7/28/14.   Case was reopened on 3 July 2014 after it was

discovered that doing so was necessary for a plan to be filed on the related Chatper 11 case of Joseph Scherer

(11-21409-TPA).  A 5-7 day trial is expected to occur in November 2014.

July 2015--Motion to Approve Settlement has been filed with hearing scheduled.  I anticipate TFR being filed by 30

October 2015.

Initial Projected Date of Final Report (TFR): 10/01/13        Current Projected Date of Final Report (TFR): 10/30/15

　　　　/s/    ROBERT SHEARER, TRUSTEE
_____    Date: 12/09/15
　　　　ROBERT SHEARER, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-27951 -TPA | Trustee Name: | ROBERT SHEARER, TRUSTEE |
|---|---|---|---|
| Case Name: | ZWIERZYNSKI, ROBERT L. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******7355  UBOC - Checking Account |
| Taxpayer ID No: | *******8961 | | |
| For Period Ending: | 12/09/15 | Blanket Bond (per case limit): | $ 9,774,790.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/08/15 | 21 | ROLF LOUIS PATBERG<br>801 VINIAL STREET<br>THIRD FLOOR<br>PITTSBURGH, PA 15212 | SETTLEMENT<br>FUNDS FORWARDED TO TRUSTEE AS PART OF BANKRUPTCY ESTATE<br><br>Memo Amount:      105,000.00 | 1249-000 | 22,617.96 | | 22,617.96 |
| | | | SETTLEMENT | | | | |
| | | ROLF PATBERG | Memo Amount:   (    37,146.13 ) | 3210-000 | | | |
| | | | SPECIAL COUNSEL FEES | | | | |
| | | JOSEPH W SCHERER | Memo Amount:   (    22,617.96 ) | 1249-000 | | | |
| | | | SETTLMENT TO CO-CREDITOR | | | | |
| | | RSSI, LLC | Memo Amount:   (    22,617.95 ) | 1249-000 | | | |
| | | | SETTLEMENT TO CO-CREDITOR | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 105,000.00 | COLUMN TOTALS | | 22,617.96 | 0.00 | 22,617.96 |
| | Memo Allocation Disbursements: | 82,382.04 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 22,617.96 | 0.00 | |
| | Memo Allocation Net: | 22,617.96 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 22,617.96 | 0.00 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 105,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 82,382.04 | UBOC - Checking Account - *******7355 | | 22,617.96 | 0.00 | 22,617.96 |
| | Total Memo Allocation Net: | 22,617.96 | | | 22,617.96 | 0.00 | 22,617.96 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                22,617.96                0.00

Page: 2

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-27951 -TPA | | Trustee Name: | ROBERT SHEARER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | ZWIERZYNSKI, ROBERT L. | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******7355 UBOC - Checking Account |
| Taxpayer ID No: | *******8961 | | | |
| For Period Ending: | 12/09/15 | | Blanket Bond (per case limit): | $ 9,774,790.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature:  /s/  ROBERT SHEARER, TRUSTEE    Date: 12/09/15
ROBERT SHEARER, TRUSTEE

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 09, 2015 |
|---|---|---|---|---|---|---|

Case Number: 10-27951  
Debtor Name: ZWIERZYNSKI, ROBERT L.  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | ERIC BONONI<br>114 NORTH PENNSYLVANIA AVENUE<br>GREENSBURG, PA 15601 | Administrative | | $0.00 | $350.00 | $350.00 |
| 001<br>3110-00 | ROBERT SHEARER<br>5703 BREWSTER LANE<br>ERIE, PA 16505 | Administrative | | $0.00 | $6,375.00 | $6,375.00 |
| 000001<br>070<br>7100-00 | Urban Redevelopment Authority of Pittsburgh<br>200 Ross Street<br>Pittsburgh, PA 15219 | Unsecured | Seventh creditor listed on Schedule F.<br><br>Proof of Claim provides necessary information. | $0.00 | $390,107.66 | $390,107.66 |
| 000002<br>070<br>7100-00 | Clear Mountain Bank<br>c/o Michael R. Proctor, Esq.<br>Dinsmore & Shohl LLP<br>215 Don Knotts Blvd., Suite 310<br>Morgantown, WV 26501 | Unsecured | Trustee did not administer the asset securing this claim. | $0.00 | $325,619.56 | $325,619.56 |
| 000003<br>070<br>7100-00 | Clear Mountain Bank<br>c/o Michael R. Proctor, Esq.<br>Dinsmore & Shohl LLP<br>215 Don Knotts Blvd., Suite 310<br>Morgantown, WV 26501 | Unsecured | Trustee did not administer the asset securing this claim. | $0.00 | $72,647.89 | $72,647.89 |
| 000004<br>070<br>7100-00 | Dollar Bank<br>3 Gateway Center<br>Pittsburgh, PA 15222 | Unsecured | Seventh creditor listed on Schedule F.<br><br>Proof of Claim provides necessary information. | $0.00 | $157,791.77 | $157,791.77 |
| | Case Totals: | | | $0.00 | $952,891.88 | $952,891.88 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-27951 TPA
Case Name: ZWIERZYNSKI, ROBERT L.
Trustee Name: ROBERT SHEARER, TRUSTEE

Balance on hand                                                      $          22,617.96

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ROBERT SHEARER, TRUSTEE | $ 3,650.00 | $ 0.00 | $ 3,650.00 |
| Trustee Expenses: ROBERT SHEARER, TRUSTEE | $ 116.38 | $ 0.00 | $ 116.38 |
| Attorney for Trustee Fees: ROBERT SHEARER | $ 6,375.00 | $ 0.00 | $ 6,375.00 |
| Accountant for Trustee Fees: ERIC BONONI | $ 350.00 | $ 0.00 | $ 350.00 |

Total to be paid for chapter 7 administrative expenses        $         10,491.38
Remaining Balance                                             $         12,126.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 946,166.88  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Urban Redevelopment | $ 390,107.66 | $ 0.00 | $ 4,999.83 |
| 000002 | Clear Mountain Bank | $ 325,619.56 | $ 0.00 | $ 4,173.31 |
| 000003 | Clear Mountain Bank | $ 72,647.89 | $ 0.00 | $ 931.09 |
| 000004 | Dollar Bank | $ 157,791.77 | $ 0.00 | $ 2,022.35 |

Total to be paid to timely general unsecured creditors     $     12,126.58

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE